ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **JAMES FREER DAUGHERTY** | Case No. **6:09-bk-26463-TD** |
| | **TRUSTEE'S REPORT** |
| **ALISON LYNNE DAUGHERTY** | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$4,658.00** per month.

Spouse/other net income is **$2,480.00** per month.

Debtor's Budget shows **$1,424.00** disposable income.

Debtor proposed to pay **\*$400.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **18.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $400.00 PER MONTH FOR MONTHS 1-6, $800.00 PER MONTH FOR MONTHS 7-41, AND $1,424.00 PER MONTH EACH MONTH THEREAFTER. THE DEBTORS SHALL PROVIDE PROOF OF AUTOMOBILE INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. INTERNAL REVENUE SERVICE SHALL BE PAID $455.20 PER MONTH ON ITS PRIORITY CLAIM OF $910.39. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date: September 22, 2009

_____
Rod Danielson, Chapter 13 Trustee